**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION AT DAYTON**

| | |
|---|---|
| EMMETT FOLLEY, | Case No.  3:06-cv-44 |
| Plaintiff, | Judge Thomas M. Rose |
| v. | |
| UNITED STATES POSTAL SERVICE, et al., | |
| Defendants. | |

**ORDER SUBSTITUTING THE UNITED STATES OF AMERICA AS THE
PROPER PARTY DEFENDANT AND DISMISSING DEFENDANTS
UNITED STATES POSTAL SERVICE AND ALKESHKUMAR PATEL**

Upon joint motion of the parties hereto and for good cause shown, it is hereby ORDERED that:

1.  The United States of America is hereby substituted as the proper party Defendant in this case;

2.  Defendants United States Postal Service and Alkeshkumar Patel are hereby dismissed with prejudice from this case; and,

3.  The caption of this civil action is hereby changed to read "Emmett Folley, Plaintiff v. United States of America, Defendant."

**SO ORDERED.**

July 12, 2006                                         **\*s/THOMAS M. ROSE**
                                                     _____
                                                     THOMAS M.  ROSE
                                                     United States District Judge

Copies to:
Douglas D.  Brannon, Attorney for Plaintiff
Gregory P.  Dunsky, Attorney for Defendant